IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

DALE M. ASHLOCK,                                    Case No. 22CV00146

                              Plaintiff,            Court No. 7

    vs.

                                                    Chapter 60

GENESIS INVESTMENT GROUP, INC., et al.             Title to Real Estate Involved

                              Defendants


## AMENDED NOTICE OF SHERIFF'S SALE (to correct the order of pages as they appears on JIMS Doc. 72)

TO WHOM IT MAY CONCERN

Notice is hereby given that pursuant to an Orders of Sale issued and directed out of the District Court of Johnson County, Kansas, pursuant to a judgment and decree entered on April 2, 2024 and filed on April 23, 2024, I will on the 22th day of August, 2024 at 10:00 o'clock A.M., on said date, offer for sale and sell at public auction, to the highest and best bidder for cash in hand, at the south steps of the Johnson County Courthouse, 150 W. Santa Fe Street, Olathe, Johnson County, Kansas, the following described real estate, to-wit:

> TRACT 2: Lot 8, Block 23, and the East Half of the vacated alley lying West of and adjacent to said Lot 8, TOWN OF OLATHE, a subdivision in the City of Olathe, Johnson County, Kansas, according to the recorded plat thereof and TRACT 3: All of Lot 7, Block 23 and the East Half of the vacated alley lying West of and adjacent to said Lot 7, Block 23, TOWN OF OLATHE, a subdivision in the City of Olathe, Johnson County, Kansas, according to the recorded plat thereof.

(hereinafter, the "Property").

EXHIBIT
C

*Clerk of the District Court, Johnson County Kansas*
*08/05/24  12:10pm RA*

Said Property will be sold pursuant to the Order of sale altogether and not in parcels. Said Property will be sold to satisfy the mortgage lien of Cherry Park Properties, LLC, as assignee of plaintiff's judgment together with past due real estate taxes and the costs and accruing costs of said action. Said real estate will be sold subject to the approval of the Court.

Calvin Hayden, Sheriff
Johnson County, Kansas

/s/Mark A. Corder, KS 09575
18675 W. 168th Terr.
Olathe, KS 66062
913.486.6064
buddesystem@msn.com
ATTORNEY FOR CHERRY PARK PROPERTIES, LLC

## Certificate of Service

I hereby certify that a copy of the foregoing was served on the below named parties/persons by the method indicated on the 25th day of July, 2024.

Reba S. Paul
1801 E. Stratford Road
Olathe, Kansas 66062 (United States Mail, postage prepaid)

Mark Paul
1801 E. Stratford Road
Olathe, Kansas 66062( United States Mail, postage prepaid)

Genesis Investment Group, Inc.
c/o Asia Lockett
423 N. Walnut Street
Olathe, Kansas 66061 (United States Mail, postage prepaid)

Rachelle R. Breckenridge
City of Olathe
100 E Santa Fe
Olathe, Kansas 66061 (United States Mail, postage prepaid)
Attorney for the City of Olathe

Duston Jay Slinkard
United States Attorney's Office
701 SW Jackson First Floor
Topeka, KS  66603
Attorney for the United
States of America (United States Mail, postage prepaid)

Andrea L. Taylor
United States Attorney's Office
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Attorney for the United
States of America (United States Mail, postage prepaid)

/s/Mark A. Corder