**From:** **Wyatt Melton** WGMelton@OLATHEKS.ORG
**Subject:** 415 N Walnut St Olathe, KS - Roof
**Date:** September 16, 2024 at 3:31 PM
**To:** travis@cherryparkproperties.com



Travis,

As a person of interest regarding 415 N Walnut St in Olathe, KS, can you help us get the roof repaired on the property? The City of Olathe has had code cases open on this issue for the past two years and followed through with legal process with no success in getting it repaired. We are trying to get this repaired so that no further issues will develop at the property.

Thank you for any help you can provide.

Wyatt Melton
Community Enhancement Officer
City of Olathe

**EXHIBIT**
**D**