**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**

IN RE:                                                    )
     Mark Paul,                               )
     Reba Paul,                                )          Case No. 24-21083
                                 )
           Debtors.                          )
                                 )

## **RESPONSE TO CREDITOR'S MOTION FOR RELIEF FROM STAY**

COMES NOW, the Debtors, by and through their attorney, and for the response to the Creditor's Motion for Relief from Stay state as follows:

1. Debtors deny Creditor's assertion that the automatic stay does not apply to the properties held under title by Genesis Investment Group. Debtors state that Creditor improperly categorizes Genesis Investment Group as simply a co-debtor. Debtors state that the ownership interest of Debtors in Genesis Investment Group – disclosed in schedule A/B – is an asset of the bankruptcy estate and therefore protected by the automatic stay.

2. Debtors state that they have proposed a chapter 13 plan which will pay the Creditor's claim in full.

3. Debtors state that they have filed a motion to sell the real property at 415 N Walnut St., Olathe, KS, on or around November 8, 2024, and the proceeds of the sale will pay Creditor in full.

4. Debtors state that Creditor is adequately protected and will receive payment in full of its claim, and therefore no basis exists upon which to grant relief from the automatic stay.

WHEREFORE, Debtors request this Court deny the Creditor's Motion for Relief from Stay or in the alternative, Debtors request that this matter be set for hearing.

Respectfully Submitted,

s/ David L. Dean
David L. Dean #23368
Patton & Dean, LLC
8643 Hauser Ct, Ste 235
Lenexa, KS 66215
Phone:  (913) 495-9998
Fax:    (888) 720-1985
Attorney for the Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on the parties notified by the US Bankruptcy Court's electronic notification system, upon the affected creditors and other parties in interest via US First Class Mail, postage prepaid, this 14th day of October, 2024.

s/ David L. Dean
David L. Dean #23368