**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 7th day of November, 2024.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

**IN RE:**

    Mark Eugene Paul, Sr
       SSN: XXX-XX-5083
    Reba Simone Paul
       SSN: XXX-XX-5401
          Debtors          Case No: 24-21083-13

### CHAPTER 13 TRUSTEE'S ORDER OF DISMISSAL

   **NOW,** on November 07, 2024 at Kansas City, KS comes before the Court the above captioned matter. After reviewing the file, and being duly advised, the Court finds the above captioned case should be dismissed for the following reason(s):

   The Debtors have failed to maintain payments to the Trustee's office as required under 11 U.S.C. Section 1326.

   The Debtors have failed to remit a full plan payment ($20,400.00) by October 31, 2024 as instructed by the Court on October 29, 2024. The two checks for $17,700.00 posted on November 04, 2024 were returned insufficient funds.

IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED the above captioned matter is dismissed WITHOUT prejudice.

Date: November 07, 2024

###

Prepared by:

s/W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com